[No. 22397–6–I.   Division One.   May 14, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. JAMES
LEROY GROGAN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 88–1–00016–2, Lloyd W. Bever, J., entered

May 19, 1988. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Coleman, C.J., and Baker, J.